UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE QUEZADA, :
:
Plaintiff, :
: 21-CV-4679 (JMF)
-v- :
: ORDER
BENTLEY MANHATTAN INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's May 26, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on June 29, 2021. ECF No. 7. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **July 21, 2021**.

      SO ORDERED.

Dated: July 14, 2021
      New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge