# Steven Cohn, P.C.

COUNSELLORS AT LAW

## One Old Country Road

### Carle Place, New York 11514

#### Suite 420

STEVEN COHN

---

SUSAN E. DANTZIG
MITCHELL R. GOLDKLANG
ALAN S. ZIGMAN
JEFFREY H. WEINBERGER
PETER R. CHATZINOFF
MATTHEW T. FEINMAN

Tel: (516) 294-6410
Fax: (516) 294-0094

Writer's Ext.:

July 21, 2021

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED.  The Clerk of Court is
directed to terminate ECF No. 11.  SO ORDERED.

July 21, 2021

Re:     *Jose Quezada v. Bentley Manhattan Inc.*
         Civil Action No.: 21-CV-4679

Dear Judge Furman:

We represent defendant Bentley Manhattan Inc. in the above referenced action.

This letter is respectfully submitted to request an extension until August 20, 2021 to file the joint letter with plaintiff's attorney. By order dated July 14, 2021, the Court previously extended the deadline for filing the required joint letter to today, July 21, 2021 (ECF #10). August 20, 2021 is also the stipulated date that defendant's response to plaintiff Jose Quezada's complaint is due.

The reason for the requested extension is that we are still in the process of resolving with defendant's insurance carrier whether there is coverage for some or all of the claims asserted by plaintiff and, concomitantly, if there is insurance coverage, whether we would continue as counsel to defendant or new counsel assigned by the carrier would appear in the action.

We have spoken with plaintiff's attorney Mars Khaimov, and he consents to the requested extension.

Hon. Jesse M. Furman
July 21, 2021
Page 2

       We thank the Court for its time and consideration. If Your Honor should have any questions, please do not hesitate to contact us.

                                      Very truly yours,

                                      LAW OFFICE OF STEVEN COHN, P.C.

                                      By: /s/ Steven Cohn
                                            Steven Cohn

cc: Mars Khaimov, Esq. (via ECF)